**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Peter D. Anger                          CHAPTER 7
         Michelle L. Anger
              Debtor(s)                 BKY. NO. 23-13673 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Meridian Bank and index same on the master mailing list.

                                                     Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
08 Dec 2023, 10:07:21, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322