Certificate Number: 16339-PAE-DE-038083420

Bankruptcy Case Number: 23-13673



16339-PAE-DE-038083420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2024, at 2:26 o'clock PM EST, Michelle L. Anger completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 9, 2024                    By:      /s/Kelley Tipton

                                           Name:   Kelley Tipton

                                           Title:   Certified Financial Counselor